IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT ELLIOT WILSON,
    Plaintiff,

    v.                                                                              Civil No. 3:23cv420 (DJN)

BETH ARTHUR, *et. al.*,
    Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See Wilson v. Arthur*, No. 3:23cv82 (DJN), 2023 WL 2506420, at *6 (E.D. Va. Mar. 14, 2023); *Wilson v. Burgess*, No. 3:22cv662 (DJN), 2023 WL 2505863, at *5 (E.D. Va. Mar. 14, 2023); *Wilson v. Arthur*, No. 3:22cv602 (DJN), 2023 WL 2507554, at *6 (E.D. Va. Mar. 14, 2023); *Wilson v. U.S.P.S*, No. 3:22cv689 (DJN), 2023 WL 1997069, *2 (E.D. Va. Feb. 14, 2023); *Wilson v. Lindsey*, No. 3:23cv83 (DJN), 2023 WL 1997070, at *2 (E.D. Va. Feb. 14, 2023). Plaintiff's current complaint does not suggest that he is in imminent danger of serious physical harm.

Accordingly, his request to proceed *in forma pauperis* will be DENIED. The action will be DISMISSED WITHOUT PREJUDICE.

Plaintiff remains free to submit a new complaint with the full $402 filing fee.  The Court will process such a complaint as a new civil action.

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                                         /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated: July 17, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT ELLIOT WILSON,
    Plaintiff,

v.                                                         Civil No. 3:23cv420 (DJN)

BETH ARTHUR, *et. al.*,
    Defendants.

## ORDER
### (Dismissing Action Without Prejudice)

In accordance with the accompanying Memorandum Opinion it is hereby ORDERED that

1. Plaintiff's request to proceed *in forma pauperis* is DENIED;
2. The action is DISMISSED WITHOUT PREJUDICE;
3. If Plaintiff wishes to proceed with this action, he may submit a new complaint with the full $402 filing fee. The Court will process such a complaint as a new civil action;
4. The Clerk is hereby DIRECTED to enter a final appealable Judgment in a Civil Case in favor of Defendant as a separate entry on the docket; and,
5. Plaintiff does not request, and the Court does not grant, leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable).

Should Plaintiff desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

Let the Clerk file a copy of the Order electronically and send a copy to Plaintiff.

And it is SO ORDERED.

                                                                                    /s/
                                                              David J. Novak
                                                              United States District Judge

Richmond, Virginia
Dated: July 17, 2023